**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

KIET NGUYEN, )
)
    Petitioner, )
)
v. )
)   Case No. CIV-25-1356-SLP
PAMELA BONDI, et al., )
)
    Respondents. )

**O R D E R**

The Court is in receipt of Petitioner's Objection [Doc. No. 27] and Respondents' Objection [Doc. No. 28] to the Report and Recommendation. Given the nature of these proceedings, the Court expedites the deadline to file an optional response to the Objections, *see* Fed. R. Civ. P. 72(b)(2), making the responses due on or before February 20, 2026. Should the parties wish to respond to the Objections and require more time, they shall file a motion seeking additional time.

IT IS SO ORDERED this 18th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE