IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIET NGUYEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1356-SLP |
| | ) |
| PAMELA BONDI, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On March 4, 2026, Respondents filed a Notice to the Court [Doc. No. 31], which indicated that "Petitioner Kiet Nguyen will be transferred out of the Court's jurisdiction after 72 hours to a staging location, after which he will be removed in approximately ten days." Notice [Doc. No. 31]. As of the date of this Order, Immigration and Customs Enforcement's (ICE's) online detainee locator indicates that Petitioner Kiet Nguyen is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that within three days of this Order, or by March 13, 2026, Respondents shall submit a notice as to Petitioner's detainment status and whether he has been removed to Vietnam.

IT IS SO ORDERED this 10th day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] *See* Online Detainee Locator System, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, https://locator.ice.gov/odls/#/search (last visited March 10, 2026).