**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KIET NGUYEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-25-1356-SLP |
| | ) |
| PAMELA BONDI, et al., | ) |
| | ) |
| Respondents. | ) |

**JUDGMENT OF DISMISSAL**

Pursuant to the Order entered this 30th day of March, 2026, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED as moot, and this action is DISMISSED without prejudice.

ENTERED this 30th day of March, 2026.

_____

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE